RECEIVED
NOV - 1 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HARDIN IZELL COOPER,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:09-CV-00967 |
| VERSUS | |
| FEDERAL BUREAU OF PRISONS,<br>et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Cooper's claims against the remaining defendants, Keffer, Marques, Montgomery, Garrow and Zerr, are DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of October, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE