RECEIVED
SEP - 2 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARDIN IZELL COOPER,<br>　　Plaintiff<br><br>VERSUS<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br>　　Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. 1:09-CV-00967<br><br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Cooper's claims against the remaining defendants, Keffer, Marques, Montgomery, Garrow and Zerr, are DENIED AND DISMISSED WITH PREJUDICE.

Additionally, the Court notes the copy of an Order mailed June 28, 2016 to Mr. Cooper's last known address was returned to the Clerk of Court on July 20, 2016 marked "return to sender". The report and recommendation mailed August 3, 2016 to Mr. Cooper's last known address was also returned to the Clerk of Court on August 22, 2016, marked "return to sender."  Thirty days have passed since July 20, 2016, but no correction to Plaintiff's address has been received by the Court.  Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform

District Court Rules is also appropriate.

SIGNED at Alexandria, Louisiana, on this 2ND day of September, 2016.

_____<br>
DEE D. DRELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT